■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAYQUAN HALLUMS, Appellant. [771 NYS2d 903]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (F. Rivera, J.), rendered February 4, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant argues on appeal that the evidence was legally insufficient to support the verdict because the testimony of prosecution witnesses was incredible as a matter of law or because an accomplice's testimony was not sufficiently corroborated, his contentions are not preserved for ap-

pellate review (*see People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Florio, J.P., Krausman, Schmidt and Townes, JJ., concur.